UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KARL E. THIBODEAUX,**<br>Petitioner | **CIVIL DOCKET NO. 1:20-CV-01630-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARKUS MYERS, ET AL,**<br>Respondents | **MAGISTRATE JUDGE PEREZ-MONTES** |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 14), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order (ECF No. 1, 9) are DENIED.

THUS DONE AND SIGNED in Chambers, this 24th day of February, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE