# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **KARL THIBODEAUX** | **CIVIL DOCKET NO. 1:20-CV-01630** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARCUS MYERS, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 144] of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the OBJECTION TO REPORT AND RECOMMENDATION [Doc. 153] filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Thibodeaux's MOTION TO CERTIFY CLASS [Doc. 110] is DENIED.

IT IS ORDERED that Thibodeaux's MOTION TO APPOINT COUNSEL [Doc. 116] is DENIED.

IT IS ORDERED that Thibodeaux's MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT [Doc. 128] is DENIED.

THUS, DONE AND SIGNED in Chambers this 3rd day of January 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE