UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KARL E. THIBODEAUX** | **CIVIL DOCKET NO. 1:20-cv-01630** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MARKUS MYERS, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 171] of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 174] filed herein, and having determined that the findings are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' MOTION FOR SUMMARY JUDGMENT [Doc. 155] is GRANTED and Thibodeaux's action is DENIED and DISMISSED WITH PREJUDICE.

IT IS ORDERED that Thibodeaux's MOTION FOR CONTACT INFORMATION OF APPROVED MEDICAL EXPERTS [Doc. 148], MOTION FOR EXTENSION OF DEADLINES [Doc. 159], MOTION TO SET/RESET DEADLINES [Doc. 161], MOTION FOR STAY AND ABEYANCE [Doc. 164], PROTECTIVE MOTION FOR EXTENSION OF TIME [Doc. 165], and MOTION FOR EXTENSION TO COMPEL DISCOVERY DISCLOSURES [Doc. 166] are DENIED AS MOOT.

THUS, DONE AND SIGNED, in chambers, on this 10th day of March 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE